**Order entered January 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00934-CR

### CHRISTOPHER JUSTIN SCARBOROUGH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-82799-2019

## ORDER

The record in this appeal was due September 21, 2019. Before the Court is the January 3, 2020 third request of court reporter LaToya Young-Martinez for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed no later than **January 13, 2020**. We caution Ms. Young-Martinez that the failure to file the reporter's record by that date will result in the Court taking whatever action it deems appropriate to ensure the appeal proceeds in a timely fashion, including ordering Ms. Young-Martinez not to sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; LaToya Young-Martinez, court reporter; and counsel for all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE